# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201700054**

———————————————

**UNITED STATES OF AMERICA**
Appellee

v.

**CARLETON M. MIELKE**
Hospitalman Apprentice (E-2), U.S. Navy
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Robert J. Crow, JAGC, USN.
Convening Authority: Commander, Navy Region Southeast, Naval
Air Station, Jacksonville, FL.
Staff Judge Advocate's Recommendation: Lieutenant Commander
George W. Lucier, JAGC, USN.
For Appellant: Commander Donald R. Ostrom, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 24 August 2017

———————————————

Before HUTCHISON, FULTON, and RUSSELL, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order will reflect that the appellant is credited with having served 126 days of pretrial confinement.

For the Court



R.H. TROIDL
Clerk of Court